**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREEFROG DEVELOPMENTS, INC. D/B/A LIFEPROOF,<br><br>             Plaintiff-Counterdefendant,<br>    vs.<br><br>KLEARKASE, LLC; and SEAL SHIELD, LLC,<br><br>             Defendants-Counterplaintiffs. | CASE NO. 13-cv-1575 H (KSC)<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO DISMISS**<br><br>[Doc. No. 51] |

On July 5, 2013, Plaintiff Treefrog Developments, Inc., doing business as LifeProof ("Plaintiff" or "LifeProof") brought this patent infringement action against Defendants Klearkase, LLC and Seal Shield, LLC for infringing U.S. Patent No. 8,342,325 ("the '325 Patent"). On November 12, 2013, Defendants stipulated that the '325 Patent was valid and enforceable, that Defendant KlearKase infringed the '325 Patent (not willfully), and that it sold only twenty-nine (29) units of the allegedly infringing products. (Doc. No. 39.) On April 16, 2014, the Court granted the parties' joint motion for permanent injunction pursuant to the terms of a settlement agreement. (Doc. No. 50.) On April 17, 2013, the parties filed a joint motion to dismiss all claims and counterclaims asserted by any party in this action with prejudice. (Doc. No. 41.) ///

1  The Court, for good cause shown, grants the stipulated motion and dismisses the case with prejudice.  Fed. R. Civ. P. 41(a)(2).  The Court further orders as follows:

1. The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and
2. The Court directs the Clerk to close this case.

**IT IS SO ORDERED.**

DATED: April 22, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT